UNITED STATES DISTRICT COURT   OCT 0 7 2016

DISTRICT OF NEVADA

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0149-LDG-LRL |
| Plaintiff, | ) | |
| vs. | ) | |
| KING FISH PATT | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#48) on  March 17, 2008.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Wells Fargo Bank, N. A.
Amount of Restitution: $300,000.00

**Total Amount of Restitution ordered:  $300,000.00**

This restitution is Joint and Several with co-defendant Bruce Howard Forman in 2:06-CR-0149 and defendant Chante Nicole McKennery in 2:06-CR-093.

Dated this _____6th_____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE